## GORMAN vs. TRICE.

Where, in a suit for damages for causing water to overflow land, it appeared that the owner of a mill-dam paid to the owner of the land $100 for the privilege of raising the dam ten inches, but instead of doing so, he raised it twenty-three inches, damaging the land to the extent of $100, a verdict for the plaintiff was demanded by the evidence.

February 13, 1888.

Verdict. Damages. Mill-Dams. Water-Courses. Before Judge WILLIS. Talbot Superior Court. March Term, 1887.

Reported in the decision.

M. BETHUNE; J. H. WORRILL, for plaintiff in error.

J. J. BULL; C. J. THORNTON, for defendant.

BLANDFORD Justice.

Trice brought his action against Gorman for the overflowing of his land by the erection of a mill dam, and

obtained a verdict. Gorman moved for a new trial, which the court refused; whereupon he excepted.

The facts of the case show that Gorman had paid Trice $100 for the privilege of raising his mill-dam ten inches. Instead of raising it ten inches, he raised it twenty-three inches; by reason of which the plaintiff's land was damaged; and he was awarded by the verdict $100 for the damages thereby sustained. We think the verdict was demanded by the evidence; and the judgment is affirmed.